UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FABRICANT,<br><br>           Plaintiff,<br><br>    v.<br><br>MIKE HARBISON,<br><br>           Defendants. | Case No. CV 21-1252-ODW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

1 **IT IS ORDERED** that Judgment shall be entered dismissing this
2 action without prejudice.
3
4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5 Order on Plaintiff at his current address of record.
6
7 DATED: January 11, 2022

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE