**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FABRICANT,<br><br>        Plaintiff,<br><br>  v.<br><br>MIKE HARBISON,<br><br>        Defendants. | Case No. CV 21-1252-ODW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 11, 2022

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE